IN THE MATTER OF THE CUSTODY OF LAURA PATTERSON MAX-
WELL AND HAROLD MAXWELL, III

No. 693DC533

(Filed 17 December 1969)

**1. Appeal and Error § 39— failure to docket record on appeal in apt
time**

Appeal is dismissed for failure to docket the record on appeal until
more than a month after the time for docketing had expired.

**2. Appeal and Error § 44— failure to file brief**

Appellant's exceptions and assignments of error are deemed abandoned
where appellant fails to file a brief as required by Court of Appeals
Rule No. 28.

APPEAL from *Phillips, District Judge,* at the 24 April 1969 Ses-
sion of CRAVEN County District Court.

The respondent father appealed from an order entered in this
cause ordering that he pay to the petitioner, his former wife, the sum
of $300.00 to be used to make payments on the trailer-home in which
she and the minor children live. The court found that the petitioning
mother was without any money with which to make these payments
and that the trailer-home was in imminent threat of being repos-
sessed by the mortgagee unless past due payments were made. The
court refused to otherwise increase provisions for support set forth
in the original order entered on 22 August 1964.

*LeRoy Scott for movant appellee.*

GRAHAM, J.

[1] The order appealed from was entered 30 May 1969. No order
extending the time for docketing the case on appeal in this court ap-
pears in the record before us and therefore the respondent had
ninety days from 30 May 1969 in which to docket the record on ap-
peal. Rule 5, Rules of Practice in the Court of Appeals of North
Carolina. The record on appeal was not docketed in this court until
1 October 1969 which was more than a month after the time for
docketing had expired. This appeal is therefore subject to dismissal.
*Osborne v. Hendrix,* 4 N.C. App. 114, 165 S.E. 2d 674; *City of
Randleman v. Stevenson,* 4 N.C. App. 113, 165 S.E. 2d 693; *State
v. Cline,* 4 N.C. App. 112, 165 S.E. 2d 691.

[2] The respondent has also failed to file a brief as required by

Rule 28 of this court. His exceptions and assignments of error are therefore abandoned.

For failure to docket the record on appeal within the time required, the petitioner's motion to dismiss the appeal is allowed.

Appeal dismissed.

CAMPBELL and PARKER, JJ., concur.